UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BRYANT, et al.,

                Plaintiffs,

vs.

                Civil Case No. 07-10447

FERRELLGAS, INC., a Delaware
Corporation, and FERRELLGAS, L.P., a
Delaware Limited Partnership,

                Defendants.

**QUALIFIED PROTECTIVE ORDER AND AUTHORIZATION PURSUANT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT ("HIPAA")**

This Court hereby authorizes the disclosure and sharing of REBEKAH MARIE BRYANT'S, DECEASED; JOSEPH THOMAS BRYANT'S, DECEASED; NEHEMIAH HENRY BRYANT'S, DECEASED; MARTINA GRACE BRYANT'S, DECEASED; DAVID KOSTANTY BRYANT'S, DECEASED; ISAAC JACKSON BRYANT'S, DECEASED; SARAH J. BRYANT'S, A MINOR; JONATHAN C. BRYANT'S, A MINOR; JOSEPH MOORE'S, (collectively referred to as "Plaintiffs" hereafter) "personal health information" protected under the Health Insurance Portability and Accountability Act (hereinafter, "HIPAA") (42 USC §1320d *et seq.*) and the regulations promulgated thereunder (45 CFR §§ 160, 164 *et seq.*) pursuant to the terms and conditions contained in this Order.

**This order does not compel the health care provider to participate in an interview or meeting against his or her wishes nor to occur outside the presence of his or her attorney if s/he wishes to have one present. The purpose of the interview or meeting conducted by Ferrellgas, Inc. and Ferrellgas, L.P. (collectively referred to as "Ferrellgas" hereafter).**

**attorneys and/or agents is to assist Ferrellgas in its defense of the above-referenced action brought by the plaintiffs. The meeting or interview is not at the request of the patients; however they have been put on notice of this order.**

All covered entities under HIPAA, including but not limited to the heath care providers and physicians of Plaintiffs, are authorized and permitted to disclose and/or share their personal health information to the attorneys or agents of Ferrellgas. The personal health information may be provided orally in discussions with Ferrellgas' attorneys/agents or in written, visual or other recorded form. The consent of or notice to Plaintiffs, and/or their attorneys, is not required prior to disclosure of this information by any health care provider.

The parties are prohibited from using or disclosing the protected health information for any purpose other than this action, *Bryant et al v Ferrellgas et al* (Civil Case No. 07-10447). Upon resolution of this action, any party who receives written or otherwise recorded protected health information shall destroy or return the information (including all copies made) to the health care provider.

SO ORDERED.

Date: July 31, 2007                           s/John Corbett O'Meara
                                              United States District Judge

**APPROVED AS TO FORM AND CONTENT:**

DATED_____July 20, 2007            By:__John J. Kalo – with consent_____
                                    John J. Kalo
                                    4500 East Court Street
                                    Burton, MI 48509
                                    Telephone: 810-743-4363
                                    Facsimile: 810-743-4468
                                    jkalo@aol.com

                                    AND

                                    Charles L. McCarter
                                    Attorney at Law
                                    4500 East Court Street
                                    Burton, MI 48509
                                    Telephone: 810-743-4496
                                    Facsimile: 810-361-0894

                                    AND

                                    William R. Coppel
                                    Attorney at Law, P.C.
                                    4500 E. Court Street
                                    Burton, Michigan 48509
                                    Telephone: 810-742-8000
                                    Facsimile: 810-742-7644
                                    attorneycoppel@aol.com

                                    COUNSEL FOR PLAINTIFFS MARK BRYANT, PERSONAL REPRESENTATIVE OF THE DECEDENT ESTATES OF REBEKAH MARIE BRYANT, JOSEPH THOMAS BRYANT, NEHEMIAH HENRY BRYANT, MARTINA GRACE BRYANT, DAVID KOSTANTY BRYANT, ISAAC JACKSON BRYANT

DATED_____July 20, 2007            By:__Jeffrey S. Zilinski – with consent_____
                                    Jeffrey S. Zilinski
                                    Attorney At Law
                                    4500 E. Court Street
                                    Burton, MI 48509
                                    Telephone: 810-743-2211

Facsimile: 810-743-4468
jszjd@aol.com

COUNSEL FOR PLAINTIFFS JOYCE BRYANT, CONSERVATOR OF THE ESTATES OF SARAH J. BRYANT AND JONATHAN C. BRYANT, MINORS

DATED    July 20, 2007            By:  Phillip D. Swann – with consent
                                  Phillip D. Swann
                                  4500 East Court Street
                                  Burton, MI 48309
                                  Telephone: 810-743-4393
                                  Facsimile: 810-743-4468
                                  attypswann@aol.com

                                  COUNSEL FOR PLAINTIFF JOSEPH MOORE

DATED    July 20, 2007            By:  Greg W. Wix
                                  Mark F. Krause
                                  Charlene Wright
                                  Schlee, Huber, McMullen & Krause, P.C.
                                  4050 Pennsylvania, Suite 300
                                  P.O. Box 32430
                                  Kansas City, MO 64171-5430
                                  Telephone:(816) 931-3500
                                  Facsimile:(816) 931-3553

                                  AND

                                  Lawrence C. Mann
                                  Greg W. Wix
                                  Bowman and Brooke LLP
                                  50 West Big Beaver Road, Suite 600
                                  Troy, Michigan 48084
                                  Telephone: 248-687-5300
                                  Facsimile: 248-743-0422
                                  greg.wix@det.bowmanandbrooke.com

                                  ATTORNEYS FOR DEFENDANTS FERRELLGAS, INC. and FERRELLGAS, L.P.