**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK BRYANT, et al,
        Plaintiffs,        CASE NUMBERS. 07-10447
vs.        07-13214
FERRELLGAS, INCORPORATED, et al
        Defendants.

FRANKENMUTH MUTUAL        JUDGE JOHN CORBETT O'MEARA
  INSURANCE COMPANY, et al,
        Plaintiffs,        MAGISTRATE JUDGE MONA J. MAJZOUB
vs.
FERRELLGAS INCORPORATED, et al,
        Defendants.    /

## ORDER STRIKING DOCUMENTS

This matter comes before the Court on Plaintiff's Supplemental Brief regarding Motion for Protective Order and/or to Quash Non-Party Witness Subpoenas filed on February 29, 2008, (07-13214, docket number 36; no 07-10447, docket no 71).

The Court has determined that these supplemental briefs do not conform with E.D.Mich.LR 7.1(C)(3)(B) and Fed.R.Civ.P.15.

Therefore, Plaintiff's Supplemental Briefs regarding Motion for Protective Order and/or to Quash Non-Party Witness Subpoenas, are hereby STRICKEN and deemed not a part of the record in this case.

        **IT IS SO ORDERED**.


Dated: March 06, 2008        s/ Mona K. Majzoub
        MONA K. MAJZOUB
        UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: March 06, 2008                s/ Lisa C. Bartlett
                                     Courtroom Deputy