UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BRYANT, et al,

    Plaintiffs,

-vs-

FERRELLGAS, INC., et al,

    Defendants,

and

FRANKENMUTH MUTUAL INSURANCE COMPANY, Subrogee of Lillian Kuchar,

    Plaintiff,

-vs-

FERRELLGAS, INC, et al,

    Defendants.

Case nos.  07-10447
             07-13214
Honorable:  John Corbett O'Meara

**BRYANT PLAINTIFFS' SECOND SUPPLEMENTAL LAY WITNESS LIST**

---

JOHN D. McCLUNE (P51948)
Attorneys for Bryant and Moore
100 West Big Beaver Road, Suite 130
Troy, MI 48084
(248) 258-4800
jdmcclune@schadenlaw.com

PHILIP SWANN (P28345)
Attorney for Joseph Moore
4000 S. Oak Street, Ste. 200
P.O. Box 70
Metamora, MI 48455
(810) 678-3649
attypswann@aol.com

JEFFREY ZILINSKI (P35884)
Attorney for Joyce Bryant
4500 East Court Street
Burton, MI 48509
(810) 743-2211
jszjd@aol.com

JOHN J. KALO (P29861)
Attorneys for Mark Bryant
4500 East Court Street
Burton, MI 48509
(810) 743-4363
jkalo@aol.com

WILLIAM R. COPPEL (P12220)
CHARLES L. McCARTER (P17282)
Attorneys for Mark Bryant
4500 East Court Street
Burton, MI 48509
(810) 743-4363
attorneycoppel@aol.com

1

NOW COME the undersigned, attorneys for Mark Bryant, et al, and submit Bryant Plaintiffs' Second Supplemental Lay Witness List:

1. Ray Murawa, 4305 East M-71, Corunna, MI 48432

2. Gregory Kubica, 10730 Harris Road, Chesaning, MI 48616

3. Michael Fox, 4989 Sunset Drive, Owosso, MI

4. Dale Burgess, 2700 Eaton Rapids Road, Lot 113, Lansing 48911

5. James Foley, Preferred Consulting, 2475 Midland Road, Saginaw, MI 48603

6. Current and former agents, servants, employees and records custodian of Duke University - Department of Orthopedics regarding S.J.B.

7. Current and former agents, servants, employees and records custodian of Dr. Parker Adams, Roanoke, VA., regarding J.C.B.

Dated: 3/14/08

/s/ John D. McClune
JOHN D. McCLUNE (P51948)
Attorneys for Bryant and Moore
100 West Big Beaver Road, Suite 130
Troy, MI 48084
(248) 258-4800
jdmcclune@schadenlaw.com

/s/ John J. Kalo
JOHN J. KALO (P29861)
CHARLES L. McCARTER (P17282)
WILLIAM R. COPPEL (P12220)
Attorneys for Mark Bryant
4500 East Court Street
Burton, MI 48509
(810) 743-4363
Jkalo@aol.com

/s/ Jeffery Zilinski
Jeffery Zilinski (P35884)
Attorney for Joyce Bryant
4500 E. Court, Burton, MI 48509
(810) 743-2211  Jszjd@aol.com

2

/s/ Philip Swann
Philip Swann (P28345)
Attorney for Joseph Moore
4000 S. Oak Street, Suite 200
P. O. Box 70, Metamora, MI 48455
(810) 678-3649 AttyPSwann@aol.com
