UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BRYANT, et al.,

        Plaintiffs,

-vs-

FERRELLGAS, INC., et al.

        Defendants,
and

FRANKENMUTH MUTUAL INSURANCE
COMPANY, Subrogee of Lillian Kuchar,

        Plaintiff,

-vs-

FERRELLGAS, INC, et al,

        Defendants.

Case nos.   07-10447
                07-13214
Honorable:   John Corbett O'Meara

**PLAINTIFFS BRYANT AND MOORE'S EXPERT WITNESS LIST**

---

JOHN D. MCCLUNE (P51948)
Attorneys for Bryant and Moore
100 West Big Beaver Road, Suite 130
Troy, MI 48084
(248) 258-4800
jdmcclune@schadenlaw.com

PHILIP SWANN (P28345)
Attorney for Joseph Moore
4000 S. Oak Street, Ste. 200
P.O. Box 70
Metamora, MI 48455
(810) 678-3649
attypswann@aol.com

JEFFREY ZILINSKI (P35884)
Attorney for Joyce Bryant
4500 East Court Street
Burton, MI 48509
(810) 743-2211
jszjd@aol.com

JOHN J. KALO (P29861)
Attorneys for Mark Bryant
4500 East Court Street
Burton, MI 48509
(810) 743-4363
jkalo@aol.com

WILLIAM R. COPPEL (P12220)
CHARLES L. MCCARTER (P17282)
Attorneys for Mark Bryant
4500 East Court Street
Burton, MI 48509
(810) 743-4363
attorneycoppel@aol.com

1

## EXPERTS WHO HAVE BEEN RETAINED OR SPECIALLY EMPLOYED BY PLAINTIFFS PER FED. R. CIV. P. 26(a)(2)

1. David Komm, PE, Augspurger Komm Engineering, Inc., 3315 W. Wier Avenue, Phoenix, AZ 85040-2859 - - Mechanical Engineering; Accident reconstruction involving the operation, inspection, testing and failure of the propane distribution system; cause and origin of the subject explosion.

2. Lester Hendrickson, PhD., BTI Consultants, 1937 East Broadway Road, Tempe, AZ 85282- - Metallurgical Engineering; Material Science; Corrosion and environmental reaction with materials; Accident reconstruction; Failure analysis.

3. Alan Bullerdiek, W. Alan Bullerdiek Associates, Inc., 8665 Sheridan Drive, Buffalo, NY 14221 - - Chemical Engineering; Propane distribution system operation, testing, inspection and failure; Propane gas properties, characteristics, hazards, odorant "scrubbing"/"odor fade"; Propane gas migration through soil and masonry products; Accident reconstruction involving the operation and the failure of the subject propane distribution system.

4. Douglas C. Buchan, 1067 42nd Avenue, N.E., St. Petersburg, FL 33703 - - Energy Expert; Mechanical Contractor; Laws, Regulations, Codes, Industry Safety Standards; Safe practices/procedures of propane service providers; Installation, inspection and testing of the subject propane distribution system.

5. Daniel Churchward, Kodiak Enterprises, 6204 Constitution Drive, Fort Wayne, IN 46804 - - Certified Fire and Explosion Investigator; Cause and origin of the subject explosion.

6. Necessary rebuttal experts.

## PERSONS WHO MAY BE QUALIFIED AS EXPERTS AND MAY PROVIDE TESTIMONY AT TRIAL, BUT HAVE NOT BEEN RETAINED OR SPECIALLY EMPLOYED

The following persons may be called at Trial, but have not been retained or specially employed by Plaintiffs. The following persons may qualify as expert witnesses based upon their education, training, experience and qualifications:

1. Christine Foran, 2218 Northpark Drive, Kingwood, Texas - - Laboratory Chemist for EFI Global. She analyzed both the soil samples and propane gas (removed from the propane tank) obtained from 3660 E. Copas Road, Shiawassee County, Michigan.

2. Jacob Hall. 2600 Gunter Park Drive East, Montgomery, AL - - Employee of Rheem Manufacturing Company. He is knowledgeable with the design and operation of the Model GP40T06AVG00 Water Heater that, on September 3, 2005, was in the basement of the home at 3660 E. Copas Road, Shiawassee County, Michigan.

3. Tennison Barry, 2501 Woodlake Circle, Okemos, Michigan - Chief Mechanical Officer, State of Michigan - - He is knowledgeable with the Laws, Regulations, Codes and Industry Safety Standards in effect in the State of Michigan, at all times relevant to this action, regarding the Permit requirements, proper installation materials and procedures, required inspections, testing, servicing and operation of propane distribution systems at residential locations.

4. M. Michael Markey, M.D., 1215 E. Michigan Avenue, Lansing, Michigan - - He is the physician who performed a forensic autopsy on each of the six deceased Bryant children.

3

5. Elizabeth Warren, R.N. MEI - - On September 3-4, 2005, she was a representative of the Shiawassee County Medical Examiner's office who was present at the scene of the explosion which is the subject of this legal action.

6. The physicians and related health care providers who treated S.J.B, previously named in Plaintiffs' Witness List dated November 28, 2007 and Plaintiffs' First Amended Lay Witness List dated March 12, 2008.

7. The physicians and related health care providers who treated J.C.B, previously named in Plaintiffs' Witness List dated November 28, 2007 and Plaintiffs' First Amended Lay Witness List dated March 12, 2008.

8. Joseph Moore's treating health care providers - - The physicians and related health care providers who treated Joseph Moore for the injuries he suffered in this incident are named in Plaintiffs' Witness List dated November 28, 2007.

9. X-ray technician(s) employed by Janx, Inc., 8500 East Michigan Avenue, Parma, Michigan - - Janx, Inc's. employees x-rayed sections of the underground copper tube, which extended between the First and Second Stage Regulators, of the propane distribution system that on and before September 3, 2005, was outside the home at 3660 East Copas Road, Shiawassee County, Michigan.

10. Necessary rebuttal witnesses.

DATED: March 20, 2008

/s/ John D. McClune
JOHN D. MCCLUNE (P51948)
Attorneys for Bryant and Moore
100 West Big Beaver Road, Suite 130
Troy, MI 48084
(248) 258—4800
Jdmcclune@schadenlaw.com

4

/s/ John J. Kalo
John J. Kalo (P29861)
CHARLES L. MCCARTER (P17282)
WILLIAM R. COPPEL (P12220)
Attorneys for Mark Bryant
4500 East Court Street
Burton, MI 48509
(810) 743-4363
Jkalo@aol.com

/s/ Jeffery Zilinski
JEFFERY ZILINSKI (P35884)
Attorney for Joyce Bryant
4500 E. Court, Burton, MI 48509
(810) 743-2211 Jszjd@aol.com

/s/ Philip Swann
PHILIP SWANN (P28345)
Attorney for Joseph Moore
4000 S. Oak Street, Suite 200
P. O. Box 70, Metamora, MI 48455
(810) 678-3649 AttyPSwann@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I electronically filed Plaintiffs Bryant and Moore's Expert Witness List with the Clerk of the Court using the ECF system which will send a notification of such filing to the following:

Gregory W. Wix, Esq. (P65424)    Lawrence C. Mann, Esq. (P32223)
greg.wix@det.bowmanandbrooke.com  larry.mann@det.bowmanandbrooke.com

I further certify that on March 20, 2008, Plaintiffs Bryant and Moore's Expert Witness List was furnished by placing the documents in a sealed envelope, properly addressed, and sent by U.S. Mail to:

Michael J. Mangapora, Esq.
Michael J. Mangapora, P.C.
G-1474 W. Hill Road
Flint, MI 48507

Mark F. Krause, Esq.
Charlene Wright, Esq.
Schlee, Huber, McMullen & Krause, P.C.
4050 Pennsylvania, Suite 300
P.O. Box 32430
Kansas City, MO 64171-5430

Gregory W. Wix, Esq.
Lawrence Mann
Bowman and Brooke, LLP
50 West Big Beaver Road
Suite 600
Troy, MI 48084

Respectfully submitted,

By:    /s/ John D. McClune
       John D. McClune (P51948)
       100 W. Big Beaver Road, Suite 130
       Troy, MI 48084
       Phone: (248) 258-4800
       Fax:    (248) 258-2825
       Email: jdmcclune@schadenlaw.com