UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BRYANT, *et al.*,

    Plaintiffs,

v.   Case No. 07-10447

FERRELLGAS, INC., *et al.*,   Honorable John Corbett O'Meara

    Defendants,

and

FRANKENMUTH MUTUAL INSURANCE
COMPANY, Subrogee of Lillian Kuchar,

    Plaintiff,

v.

FERRELLGAS, INC., *et al.*,

    Defendants.
_____/

# ORDER AFFIRMING
# MAGISTRATE JUDGE MAJZOUB'S SEPTEMBER 12, 2008 ORDER

The court, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1(d) (E.D. Mich. Sept. 8, 1998), has reviewed Magistrate Judge Majzoub's September 12, 2008 Opinion and Order Granting in Part Plaintiffs' Motions for Protective Order. Defendant Ferrellgas filed objections to the order September 22, 2008; and Plaintiffs filed a response to those objections October 7, 2008.

Having reviewed the order, the objections, and the response to the objections, the court finds that the order is not clearly erroneous or contrary to law.

Therefore, it is hereby **ORDERED** that Magistrate Judge Majzoub's September 12, 2008 order is **AFFIRMED.**

                                                                s/John Corbett O'Meara
                                                                United States District Judge

Date: November 10, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 10, 2008, by electronic and/or ordinary mail.

                                                               s/William Barkholz
                                                                Case Manager